# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., | |
| Plaintiff, | 2:18-cv-00244-GMN-VCF |
| vs. | **ORDER** |
| TIMOTHY ARELLANO, individually, and AGS ENTERTAINMENT, LLC, | |
| Defendants. | |

Before the Court is the Motion for Extension of Time to File Verified Petition from Permission to Practice and Designation of Local Counsel (ECF No. 7).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Motion for Extension of Time to File Verified Petition from Permission to Practice and Designation of Local Counsel (ECF No. 7) is GRANTED. The deadline to comply with LR IA 11-2 is extended to April 9, 2018.

DATED this 30th day of March, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE